# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC § § § Plaintiff, § § vs. § § CAPITAL ONE, NATIONAL § ASSOCIATION § § Defendants. § § | Case No: 2:17-cv-0490-JRG-RSP |

## UNOPPOSED MOTION TO DISMISS DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a), Plaintiff Geographic Location Innovations LLC moves the Court to dismiss all of its claims against Capital One, National Association with prejudice, and with each party to bear its own attorneys' fees and costs and requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: August 14, 2017                Respectfully Submitted,

                                                        */s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 14, 2017.

                                                        */s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Plaintiff certifies that he met and conferred with counsel for Defendant on August 14, 2017 and that Defendant does not oppose this motion.

                                                        */s/ Jay Johnson*
Jay Johnson