IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS LLC <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE, NATIONAL ASSOCIATION <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> Case No: 2:17-cv-0490-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Geographic Location Innovations LLC's motion to dismiss with prejudice Defendant Capital One, National Association pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Capital One, National Association are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

**SIGNED this 6th day of September, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE